McGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUN 11 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0113 EFB |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO UNSEAL CASE |
| ZACHARY BURTON LANE, | |
| Defendant, | |

The government's request that this case be unsealed is GRANTED.

Dated: 6-10-2019

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge