**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

           Plaintiff,

     v.                           CR NO: 2:18-mj-113 EFB

**ZACHARY BURTON LANE**

           Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Zachary Burton Lane | |
| Detained at | Idaho State Correctional Center | |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Paul A. Hemesath |
| Printed Name & Phone No: | Paul A. Hemesath, (916) 554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 13, 2019

                                                         Honorable Edmund F. Brennan
                                                         U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | #129935 | DOB: | xx/xx/1990 |
| Facility Address: | 14601 S. Pleasant Valley Rd Kuna ID 83634 | Race: | |
| Facility Phone: | 208-331-2760 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

                              (signature)